

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

October 13, 2020

**VIA ECF**
Hon. Judge John Peter Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020
```

Re:   Cruz v. Faith Connexion Inc.; Case No. 1:20-cv-05960-JPC

Dear Judge Cronan,

The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for October 20, 2020 at 11:00 a.m. It is now October 13, 2020, and Defendant has yet to appear. Defendants answer was due August 26, 2020. Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Defendant, Faith Connexion Inc., and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

In light of the above, the undersigned requests that the October 20th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to both obtain said Certificate of Default and present the Court with a Motion for default judgment.

Thank you for your time and consideration of the above request.

It is hereby ORDERED that Plaintiff's request is GRANTED. The conference scheduled for October 20, 2020 at 11:00 is adjourned *sine die*. Plaintiff shall have until November 12, 2020 to obtain a Certificate of Default and file a motion for default judgment.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*__
Joseph H. Mizrahi, Esq.

SO ORDERED.

Date:   October 13, 2020
         New York, New York

JOHN P. CRONAN
United States District Judge