

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

November 12, 2020

**VIA ECF**
Hon. Judge Cronan
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020

Re:   Cruz v. Faith Connexion Inc. Case No: 1:20-cv-05960-JPC

To the Honorable Judge Cronan,

The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

By way of background, this matter has been pending before the Court since July 31, 2020, and while Defendant was properly served, it has not appeared or otherwise responded to the Complaint.

This Letter is submitted in response to the Court's October 13, 2020 Order directing Plaintiff to move for a Default Judgment by November 12, 2020. Plaintiff has obtained a certificate of default from the Clerk of the Court and is now requesting an additional 21 days in which to attempt to contact Defendant or otherwise move for Default Judgment.

Thank you for the consideration of Plaintiff's request.

It is hereby ORDERED that Plaintiff shall have until December 3, 2020 to move for default judgment.

SO ORDERED.
Date:   November 12, 2020
       New York, New York

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

_____
JOHN P. CRONAN
United States District Judge